■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SHAW, Appellant. [615 NYS2d 989] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered April 22, 1992, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, and imposing a fine of $5,000, unanimously affirmed.

Defendant failed to preserve for appellate review his claim that the officers improperly searched his bag after his arrest (CPL 470.05 [2]), and we decline to review in the interest of justice. This fact based claim, raised by defendant for the first time on appeal, does not warrant reversal *(see, People v Tutt,* 38 NY2d 1011, 1013).

We have considered defendant's remaining arguments and find them to be without merit. Concur—Rosenberger, J. P., Ellerin, Ross, Rubin and Nardelli, JJ.

■ In the Matter of JAYWYN VIDEO PRODUCTIONS, LTD., Appellant, v RUBIN & BAILIN et al., Respondents. [614 NYS2d 131] — Order and judgment (one paper), Supreme Court, New York County (Lewis Friedman, J.), entered on or about September 8, 1993, unanimously affirmed for the reasons stated by Friedman, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Ross, Rubin and Nardelli, JJ.